# United States Court of Appeals
## For the First Circuit

---

No. 23-1902

JOHN ANTHONY CASTRO,

Plaintiff - Appellant,

v.

DAVID SCANLAN, New Hampshire Secretary of State; DONALD J. TRUMP,

Defendants - Appellees.

---

Before

Barron, <u>Chief Judge</u>,
Kayatta, Gelpí,
Montecalvo and Rikelman, <u>Circuit Judges</u>.

---

### ORDER OF COURT

Entered: November 6, 2023

The request for initial en banc hearing having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the request for an initial en banc hearing be **denied**. Fed. R. App. P. 35(a); 1st Cir. R. 35.0(a)(1).

By the Court:

Maria R. Hamilton, Clerk

cc:
Samuel R. V. Garland
Brendan O'Donnell

Richard J. Lehmann
Ronald D. Coleman
Gary Lawkowski
David Warrington
Jonathan Mark Shaw
Mark Meuser
Bryan K. Gould
Morgan Tanafon
John Anthony Castro