IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2023 NOV -6 PM 2: 35

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE
John Anthony Castro
v. Civil No. 23-cv-416-JL
Opinion No. 2023 DNH 137
New Hampshire Secretary of State,
David M. Scanlan, and Donald J. Trump
**MEMORANDUM ORDER**

**PRO SE AMICUS**
9th right of choice & 1st redress

"After reviewing the parties' filings and holding an evidentiary hearing and oral argument on October 20, 2023, the court finds that it lacks jurisdiction to consider Castro's request for injunctive relief."

"Further, even if Castro had standing, the court is inclined to find, consistent with the weight of authority, that Castro's claim raises a nonjusticiable political question."

You do not cite what amendment removes jurisdiction from this Court. **Just as Congress removed jurisdiction with the 11th. As for Plaintiff's standing; had this Court used it's Judicial power of Sua Sponte and upheld it's Article 6 clause 3 Oath and maintain Good Behaviour, by issuing a mandamus ordering Defendant Trump not be placed on any ballot**
this suit would not be necessary.

"The party who asserts jurisdiction bears the burden of establishing that it exists by a preponderance of the evidence."

Defendant Trump was President. Same was under oath of Office. **Same was Commanded "shall take Care that the Laws be faithfully executed." This he did not do on Jan 6 2021, he instead tried to prevent the execution of a Statute of the U.S.**

9FED.CAS.—59 9FED.CAS.—60 CASE OF FRIES.
[Whart. St. Tr. 610.] Circuit Court, D.
Pennsylvania. April 29, 1800.

[1. An insurrection or rising of any body of the people to resist, or to prevent by force or violence, the execution of any statute of the United States for levying or collecting taxes, duties, imposts, or excises, or for calling forth the militia to execute the laws of the Union, or for any other object of a general nature or national concern, under any pretence, as that the statute is unjust, burthensome, oppressive, or unconstitutional, is "levying war" against the United States within the contemplation and construction of the constitution.

1. A. Standing
2.

"Under Article III of the Constitution, a plaintiff needs a 'personal stake' in the case."

**Is the Court stating plaintiff is persona non grata? If not Plaintiff and everyone else in the territorial jurisdiction of the U.S. has the right to the benefit of not having an ineligible candidate on ANY BALLOT.**

"Neither shall any person be **eligible** to that office, who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States."

1792 Dictionary of the English Language
**ELIGIBILITY: Worthiness to be chosen**
**ELIGIBLE: fit to be chosen; preferable**
**ELIGIBLENESS: Worthiness to be chosen; preferableness**

**Section 3 of the 14th adds additional eligibility for public office to the enumerated ones throughout the Constitution.** This means one who is not worthy **to be chosen** or **fit to be chosen** can appear on a ballot for office.

**Duties**
*State ex rel. Preissler v. Dostert*, 260 S.E.2d 279 (1979) (McGraw, J.)
One who accepts a public office does so *cum onere*, that is, he assumes the burdens and the obligations of the office as well as its benefits, subjects himself to all constitutional and legislative provisions relating to the office and undertakes to perform all the duties imposed on its occupant; and while he remains in such office he must perform all such duties.

**Substantive**
*Cooper v. Gwinn*, (No. 15153, December 18, 1981) (McGraw, J.)
**The Republic form of government contemplates the concept of substantive due process which enables** the people to reap the benefits of laws as they are legislatively enacted.
*A guarantee of due process is that people may expect*
*those officials charged with administering the law*
*to administer it for their benefit.*
*This right to benefit of the law as enacted by the Legislature is a*
*fundamental right*

**This means not only the People of New Hampshire but everyone else in the territorial jurisdiction of the U.S**

**Political Question is not in the Constitution and the Court** WILL NOT FIND UPON CONVICTION in Section 3 of the 14th.

U.S. Statutes at Large Vol 30 CHAP. 389.-
An Act To remove the disability imposed
by section three of the Fourteenth Amendment
to the Constitution of the United States .
Be it enacted by the Senate and House of Representatives
of the United States of America in Congress assembled
That the disability imposed by section three of the Fourteenth Amendment
to the Constitution of the United States
heretofore incurred is hereby removed
.Approved, June 6, 1898.

"Heretofore means up to the present time, before this, or previously"
https://definitions.uslegal.com/h/heretofore/

**THE COURT SHOULD NOTE Congress does not have a Pardon Power.**
"pardon
1) v. to use the executive power of a Governor or President to forgive a person convicted of a crime,"
https://dictionary.law.com/Default.aspx?selected=1443

and Only Congress can remove "the disability imposed by section three of the Fourteenth Amendment." not a Presidential Pardon nor a Judicial order.

**The Court should not only over turn** Joseph N. Laplante United States District Judge **MEMORANDUM ORDER but issue a nationwide injunction / mandamus keeping / removing Defendant Trump, Jonathan Derrick Evans (1-6 convicted felon) running for WV U.S. House of Representatives district 1 & Ilk from ALL BALLOTS And possible impeachment of Judge Laplante for failure to maintain Good Behaviour**

See

District Court Judge Francis Mathew ruled that Couy Griffin, an Otero County commissioner, is now disqualified from holding public office because he violated Section 3 of the Fourteenth Amendment by participating in the Jan. 6 siege.

*HOGG'S WEST VIRGINIA CODE ANNOTATED SUPPLAMENT 1918*

*Meaning of word "shall"* -- *Generally the word "shall" when used in constitutions leaves no way open for the substitution of discretion,* **Baer v. Gore (W.Va.) 90 S.E. 530**

PRO SE IS AN ELIGBLE VOTER A NATURAL BORN CITIZEN OF THE UNITED STATES AND CURRENTLY A RESIDENT OF THE STATE OF WEST VIRGINIA.
As such PRO SE has *the 9th right of choice to exercise the 1st right to redress.*
PRO SE hereby exercises both to aid and help the court in this matter.


Joseph L. Westfall  Pro Se H.S. Graduate
*[signature]* 10-31-23

**Estelle v. Gamble, 429 U.S. 97 (1976)**
III
Against this backdrop, we now consider whether respondent's complaint states a cognizable § 1983 claim. The handwritten *pro se* document is be liberally construed. As the Court unanimously held in *Haines v. Kerner*, 404 U. S. 519 (1972),

a *pro se* complaint, "however inartfully pleaded,"

must be held to "less stringent standards than formal pleadings drafted by lawyers"

and can only be dismissed for failure to state a claim

if it appears "*beyond doubt that the plaintiff can prove no set of facts*

*in support of his claim which would entitle him to relief.*'" *Id.* at 404 U. S. 520-521, quoting *Conley v. Gibson*, 355 U. S. 41, 355 U. S. 45-46 (1957).

EN BANC
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Judge Laplante
U.S. District Court
District of New Hampshire
55 Pleasant Street
Room 110
Concord, NH 03301

Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

USPS SCREENED

EN BANC
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Civil No. 23-cv-416-JL

02210-300525

CHARLESTON WV 250
1 NOV 2023 PM 3 L

Case: 23-1902    Document: 00118071973    Page: 4    Date Filed: 11/06/2023    Entry ID: 6602586