# No. 23-1902

## In the United States Court of Appeals for the First Circuit

**JOHN ANTHONY CASTRO,**

*Plaintiff - Appellant,*

*v.*

**DAVID SCANLAN, NEW HAMPSHIRE SECRETARY OF STATE; DONALD J. TRUMP; NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE,**

*Defendants - Appellees.*

APPEAL FORM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE, CONCORD
ORIGINATING CIVIL CASE NO.: 1:23-CV-00416
Honorable Joseph Normand LaPlante, U.S. District Judge

———————————————————————

**NOTICE OF FULL BRIEFING**

———————————————————————

Respectfully submitted:
John Anthony Castro
Appellant
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 - 4344

*Pro Se*

No. 23-1902
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

John Anthony Castro,
*Appellant,*

*v.*

New Hampshire Secretary of State David Scanlan
And
Donald John Trump,
*Appellees.*
_____

**Notice of Full Briefing**
_____

The parties have completed their briefing and the Court may proceed with an expedited ruling on the merits.

Respectfully submitted,

Dated: November 14, 2023.     By: */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@JohnCastro.com

*Appellant Pro Se*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, a true and accurate copy of the foregoing instrument with accompanying attachments (if any) was electronically filed. It is further certified that all other parties are CM/ECF users and that service of this motion was made on Appellees via CM/ECF.

/s/ *John Anthony Castro*
John Anthony Castro