# United States Court of Appeals
## For the First Circuit

No. 23-1902

JOHN ANTHONY CASTRO,

Plaintiff - Appellant,

v.

DAVID SCANLAN, New Hampshire Secretary of State; DONALD J. TRUMP,

Defendants - Appellees.

**MANDATE**

Entered: December 19, 2023

In accordance with the judgment of November 21, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Anthony Castro
Ronald D. Coleman
Samuel R. V. Garland
Bryan K. Gould
Gary Lawkowski
Richard J. Lehmann
Morgan Tanafon
Joseph L. Westfall